### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMILLAH NADERAH GRIFFIN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 17-5378** |
| | : | |
| **PIEDMONT AIRLINES, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW,** this      day of September, 2018, following a preliminary pretrial conference, it is **ORDERED** that:

1.  This case is referred to Magistrate Judge David R. Strawbridge for settlement purposes. Judge Strawbridge will contact counsel to initiate the settlement process.

2.  All motions to amend the complaint and to join or add additional parties shall be filed within fourteen (14) days of the date of this Order.

3.  All fact discovery shall be completed by **January 16, 2019**.

4.  Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and/or damages shall, within the time required for the submission of expert discovery set forth above, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the lay opinion, the substance and the basis for each opinion.

5.      All motions for summary judgment and *Daubert* motions shall be filed no later than **May 8, 2019**.

6.      Responses to motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **May 29, 2019.**

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**