**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMILLAH NADERAH GRIFFIN, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 17-cv-5378 |
| PIEDMONT AIRLINES, <u>ET</u> <u>AL.</u>, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 17th day of January, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 39), and the responses thereto (ECF Nos. 42, 43), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** for the reasons stated in my accompanying Memorandum Opinion. The Clerk of Court is direct to mark this case **CLOSED**.

                    **BY THE COURT:**

                    */s/ Mitchell S. Goldberg*
                    **MITCHELL S. GOLDBERG, J.**